IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

TERRI CLAY                                                                                      PLAINTIFF

V.                                              NO. 2:05CV211-JFF

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 31st day of May, 2006.

_____
UNITED STATES MAGISTRATE JUDGE